IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY R. ARMAGOST, | ) |
| | ) |
| Plaintiff, | )   4:07CV3240 |
| | ) |
| V. | ) |
| | ) |
| UNITED STATES OF AMERICA, | )   ORDER |
| | ) |
| Defendant. | ) |

IT IS ORDERED:

The parties' request for an extension of time to file their report of parties' planning conference is granted. The parties are hereby given until February 6, 2008 to file their Rule 26 meeting report.

DATED this 2nd day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge