## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JERRY R. ARMAGOST,** | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No.  07-CV3240 |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR SUBSTITUTION** |
| **UNITED STATES OF AMERICA,** | ) | **OF COUNSEL AND** |
| | ) | **ENTRY OF APPEARANCE** |
| Defendant(s). | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **JERRY R. ARMAGOST,** | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **ROBERT RAYMOND,** | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |
| | ) | |
| **ROBERT RAYMOND,** | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

THIS MATTER came on for consideration, upon receipt of the filing of the Motion for Substitution of Counsel and Entry of Appearance filed by Scott E. Tollefsen of Morrow, Poppe, Otte & Watermeier, P.C. The Court, being fully advised in the premises, sustains said Motion for Substitution of Counsel and Entry of Appearance.

IT IS, THEREFORE, ORDERED that the motion, filing 31, is granted and Scott E. Tollefsen of Morrow, Poppe, Otte & Watermeier, P.C. is substituted as counsel for the plaintiff herein in place of Robert R. Otte. Mr. Tollefsen shall receive all notices in this matter on behalf of the plaintiff.

DATED: June 9, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge