IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JERRY R. ARMAGOST,                    )
                                      )
                Plaintiff,            )          4:07CV3240
                                      )
           v.                         )
                                      )
UNITED STATES OF AMERICA,             )              ORDER
                                      )
                Defendant.            )
_____         )

        IT IS ORDERED:

        Defendant's unopposed motion, filing no. 41, to amend the
progression order by extending the summary judgment deadline is
granted, and the deadline for filing motions for summary judgment
is extended to February 6, 2009.

        DATED this 16th day of December, 2008.

                                BY THE COURT:

                                s/ David L. Piester
                                David L. Piester
                                United States Magistrate Judge