## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRY R. ARMAGOST, ) | |
| ) | |
| Plaintiff(s), ) | Case No.  07-CV3240 |
| ) | |
| v. ) | |
| ) | ORDER |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant(s). ) | |
| ——————————————— ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JERRY R. ARMAGOST, ) | |
| ) | |
| Counterclaim Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ROBERT RAYMOND, ) | |
| ) | |
| Counterclaim Defendant. ) | |
| ——————————————— ) | |
| ) | |
| ROBERT RAYMOND, ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Counterclaim Defendant. ) | |

2

THIS MATTER came on for consideration, upon the JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE. Upon being duly advised in the premises, the Court hereby sustains said Motion and hereby orders that the Final Pretrial Conference be continued until March 16, 2009 at 11:00 a.m.

DATED this 26th day of February, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

2