```
            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

JERRY R. ARMAGOST,                 )
                                   )
            Plaintiff(s),           )    Case No.  07-CV3240
                                   )
      v.                            )
                                   )     MEMORANDUM AND ORDER
UNITED STATES OF AMERICA,           )
                                   )
            Defendant(s).           )
_____)
                                   )
UNITED STATES OF AMERICA,           )
                                   )
      Counterclaim Plaintiff,       )
                                   )
      v.                            )
                                   )
JERRY R. ARMAGOST,                  )
                                   )
      Counterclaim Defendant,       )
                                   )
and                                 )
                                   )
ROBERT RAYMOND,                     )
                                   )
      Counterclaim Defendant.       )
_____ )
                                   )
ROBERT RAYMOND,                     )
                                   )
      Counterclaim Plaintiff,       )
                                   )
      v.                            )
                                   )
UNITED STATES OF AMERICA,           )
                                   )
      Counterclaim Defendant.       )
```

The parties have jointly moved to continue the scheduled pretrial conference and jury trial in this case pending the outcome of their mediation scheduled for May 5, 2009.  Filing No. 54.  The court, being duly advised, finds the motion should be granted.

IT THEREFORE HEREBY IS ORDERED:

1. The parties' joint motion to continue, filing no. 54, is granted,

2. On or before May 19, 2009, the parties shall either advise the court that the case is resolved as to all parties and claims, or jointly file a motion setting forth their proposed schedule for progression of this case to trial.

DATED this 13th day of March, 2009.

                                      BY THE COURT:

                                      s/ *David L. Piester*
                                      David L. Piester
                                      United States Magistrate Judge