IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY R. ARMAGOST, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3240 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY R. ARMAGOST, | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT RAYMOND, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

   IT IS ORDERED that the motion to withdraw filed by Roger L. Shiffermiller, one of the attorneys representing Robert Raymond, (filing no. 59), is granted.

   DATED this 17th day of August, 2009.

                                    BY THE COURT:
                                    *Richard G. Kopf*
                                    United States District Judge