IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY R. ARMAGOST, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3240 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion to lift the stay of these proceedings, (filing no. 61), is granted.

2) The pretrial conference will be held by Judge Kopf in his chambers on February 25, 2010 at 1:00 p.m. One-half hour is allocated to this conference. Counsel shall provide Judge Kopf with a draft pretrial conference order at this pretrial conference and the draft order shall conform to the requirements of the local rules.

3) Motions in limine shall be filed on or before five business days before the commencement of trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

4) A jury trial is set to commence on March 15, 2010. No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

DATED this 11th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge