IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY R. ARMAGOST, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3240 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the unopposed motion to continue filed by the plaintiff and counterclaim defendants, (filing no. 63), is granted, and the case progression schedule is modified as follows:

1) The deadline for disclosing non-expert witnesses is extended to February 8, 2010.

2) Any motions to require designation of deposition testimony and discovery for use at trial shall be filed on or before February 13, 2010.

3) The deadline for serving and filing trial exhibit lists is extended until February 13, 2010.

4) The pretrial conference will be held before the undersigned magistrate judge, in chambers, on February 25, 2010 at 1:00 p.m.

5) Motions in limine shall be filed on or before five business days before the commencement of trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

6) Subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one, the jury trial in this case remains set to commence on March 15, 2010 for five trial days before Judge Richard G. Kopf.

DATED this 21st day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge