IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY R. ARMAGOST, | ) | |
|        Plaintiff, | ) | |
| | ) | 4:07CV3240 |
|     v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | MEMORANDUM AND ORDER |
|        Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|        Counterclaim Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| JERRY R. ARMAGOST and ROBERT | ) | |
| RAYMOND, | ) | |
|        Counterclaim Defendants. | ) | |
| _____ | ) | |
| | ) | |
| ROBERT RAYMOND, | ) | |
|        Counterclaim Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|        Counterclaim Defendant. | ) | |

Robert Raymond has asked Mark C. Laughlin, Daniel J. Wintz, and the Fraser, Stryker law firm to withdraw from his representation in this case.  Mr. Raymond has advised the court that he will not be seeking new counsel, does not want the trial or pretrial conference continued, and does not currently intend to further litigate his claims and defenses in this case or attend the trial.

IT IS ORDERED:

1)      The motions to withdraw, (filing nos. 69 and 70), are granted.

2)     Mark C. Laughlin, Daniel J. Wintz, and the Fraser, Stryker law firm are withdrawn as counsel for Robert Raymond in this case. The Clerk is directed to remove Mr. Laughlin, Mr. Wintz, and the Fraser, Stryker law firm from all future ECF notifications.

3)     The pretrial conference remains scheduled to be held before the undersigned magistrate judge on February 25, 2010 at 1:00 p.m., and the jury trial remains scheduled to be held before Judge Richard G. Kopf on March 15, 2010 for five trial days.

4)     The clerk shall mail a copy of this memorandum and order, and all future filings in this case, to Robert Raymond, 424 10th Street, P.O. Box 249, Gothenburg, Nebraska 69138.

DATED this 10th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge

-2-