IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY R. ARMAGOST, | ) | |
|     Plaintiff, | ) | |
| | ) | 4:07CV3240 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | MEMORANDUM AND ORDER |
|     Defendant. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY R. ARMAGOST and ROBERT RAYMOND, | ) | |
|     Counterclaim Defendants. | ) | |
| _____ | ) | |
| | ) | |
| ROBERT RAYMOND, | ) | |
|     Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Counterclaim Defendant. | ) | |

Robert Raymond's request for withdrawal of his counsel has been granted, and Mr. Raymond has advised the court that he does not currently intend to further litigate his claims and defenses in this case or attend the trial. All parties, including Robert Raymond, are reminded that the pretrial conference in this case remains set to be held before the undersigned magistrate judge on February 25, 2010 at 1:00 p.m.

Accordingly,

IT IS ORDERED that a party's failure to attend the pretrial conference will result in dismissal of all claims filed against any other party by the non-attending party without further notice, and an entry of default as to all claims filed against the non-attending party without further notice.

DATED this 12th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge